STATE OF NEW JERSEY v. ROBERT BYRD.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN T. SCIARRA.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY (CITY OF NEWARK) v.
SEVIN NSAHBAHTUHN.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES WRIGHT.

May 28, 1987.

Petition for certification denied.